Diebold, Appellant, *v.* Hornak.

756

Argued November 17, 1972. *Raymond F. Keisling,* for appellant; *R. Conaway,* with him *Donald W. Bebenek,* and *Meyer, Darragh, Buckler, Bebenek & Eck,* for appellee.

Judgment affirmed.

WATKINS, J., absent.